FILED
March 6, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL DO, ) <br> ) <br> Defendant. ) | Case No. 2:18 CR00044-TLN <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL DO , Case No.  2:81CR00044-TLN , Charge  18USC § 922(g)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___ Release on Personal Recognizance

  ___ Bail Posted in the Sum of $_____

    ___ Unsecured Appearance Bond $_____

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    ✔ (Other)   Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  March 6, 2018  at  2:00 pm .

              By   /s/ Allison Claire/s/ Allison Claire
                 Allison Claire
                 United States Magistrate Judge

Copy 2 - Court