1 MᴄGREGOR W. SCOTT
United States Attorney
2 JUSTIN L. LEE
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700

5 Attorneys for Plaintiff
United States of America
6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00044-TLN |
| 12               Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL |
| 13         v. | ACT; FINDINGS AND ORDER |
| 14 MICHAEL DO, | DATE: January 10, 2019 |
| 15             Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

16

17 **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and

19 defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20       1.     By previous order, this matter was set for status on January 10, 2019.

21       2.     By this stipulation, the defendant now moves to continue the status

22 conference until February 14, 2019, at 9:30 a.m., and to exclude time between January 10,

23 2019, and February 14, 2019, under Local Code T4.

24       3.     The parties agree and stipulate, and request that the Court find the

25 following:

26           a)     The government has represented that the discovery associated with

27 this case includes over 14,000 pages and several hours of recorded telephone

28 conversations. All of this discovery has been produced directly to counsel.

b)       Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with her client, and otherwise prepare for trial in this matter.

c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)       The government does not object to the continuance.

e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 10, 2019, to February 14, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 4, 2019                                    McGREGOR W. SCOTT
                                                          United States Attorney


                                                          /s/ JUSTIN L. LEE
                                                          JUSTIN L. LEE
                                                          Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

Dated:  January 4, 2019

/s/ SHARI RUSK
SHARI RUSK
(as authorized on January 4, 2019)
Counsel for Defendant
MICHAEL DO

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 7th day of January, 2019.

Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT