McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00044-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MICHAEL DO, | DATE: April 2, 2020 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on April 2, 2020.

2. By this stipulation, the defendant now moves to continue the status conference to July 16, 2020, at 9:30 a.m., and to exclude time between April 2, 2020, and July 16, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone

| | |
|---|---|
| 1 | conversations.  All of this discovery has been produced directly to counsel. |
| 2 |     b)    Defense counsel desires additional time to review the discovery, |
| 3 | conduct research into the case, to discuss the case with her client, and otherwise |
| 4 | prepare for trial in this matter. |
| 5 |     c)    Defense counsel filed a motion to suppress on September 27, 2019.  On |
| 6 | October 18, 2019, the United States filed an opposition.  The defendant filed a reply |
| 7 | on February 19, 2020.  The Court denied the motion February 27, 2020. |
| 8 |     d)    The parties anticipate presenting a plea agreement or setting the |
| 9 | matter for trial at the next scheduled status hearing. |
| 10 |     e)    Counsel for defendant believes that failure to grant the above- |
| 11 | requested continuance would deny her the reasonable time necessary for effective |
| 12 | preparation, taking into account the exercise of due diligence. |
| 13 |     f)    The government does not object to the continuance. |
| 14 |     g)    Based on the above-stated findings, the ends of justice served by |
| 15 | continuing the case as requested outweigh the interest of the public and the |
| 16 | defendant in a trial within the original date prescribed by the Speedy Trial Act. |
| 17 |     h)    For the purpose of computing time under the Speedy Trial Act, 18 |
| 18 | U.S.C. § 3161, et seq., within which trial must commence, the time period of April 2, |
| 19 | 2020, to July 16, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ |
| 20 | 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted |
| 21 | by the Court at defendant's request on the basis of the Court's finding that the ends |
| 22 | of justice served by taking such action outweigh the best interest of the public and |
| 23 | the defendant in a speedy trial. |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 30, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: March 30, 2020

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
MICHAEL DO

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 30th day of March, 2020.

Troy L. Nunley
United States District Judge