**SHARI RUSK**
Attorney at Law
P.O. Box 188945
Sacramento, CA 95818
Telephone:    (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant
Michael Do**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:18-cr-0044 TLN |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **COURT:** Hon. Judge Deborah Barnes |
| v. ) | |
| ) | |
| ) | **STIPULATION AND ORDER TO** |
| MICHAEL DO, ) | **MODIFTY CONDITIONS of PRE-** |
| ) | **RELEASE** |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

The defendant, by and through his undersigned counsel, and the United States, by and through Assistant United States Attorney, Justin Lee, in consultation with pre-trial services officer Taifa Gaskins, hereby stipulate and request Mr. Do's conditions of pre-trial release be modified as follows:

Condition number 8 should be modified to order no excessive alcohol instead of no alcohol; and

Condition number 9 ordering drug testing should be removed.

The reason for this request is that Michael Do has done extremely well on supervision. He successfully completed the Better Choices Program and his counseling is no longer necessary. He has maintained employment and been responsive and communicative.

Mr. Do was released on supervision on March 6, 2018.  He has abided by all laws and conditions for two and a half years, without incident.  Therefore the parties agree and stipulate that conditions 8 and 9 should be modified.

                                      Respectfully Submitted,

DATE: August 5, 2020                    /s Shari Rusk
                                          SHARI RUSK
                                          Attorney for Defendant
                                          **MICHAEL DO**

                                            /s/ Justin Lee
                                          JUSTIN LEE
                                          Assistant United States Attorney

**PROPOSED ORDER**

     It is hereby ordered that Condition 8 should be amended to read "No excessive use of alcohol" and Condition 9 requiring drug testing be eliminated.

DATED:  August 12, 2020.                  _[signature]_
                                          Hon. Edmund F. Brennan
                                          United States Magistrate Judge