1  McGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00044-TLN
12 |                 Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER
13 |           v.               |
14 | MICHAEL DO,                | DATE: November 19, 2020
15 |                 Defendant. | TIME: 9:30 a.m.
                                  COURT: Hon. Troy L. Nunley

16

17                            **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and

19 defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20      1.   By previous order, this matter was set for a status conference on November

21 19, 2020.

22      2.   By this stipulation, the defendant now moves to continue the status

23 conference to January 21, 2021, at 9:30 a.m., and to exclude time between November 19,

24 2020, and January 21, 2021, under Local Code T4.

25      3.   The parties agree and stipulate, and request that the Court find the

26 following:

27           a)   The government has represented that the discovery associated with

28      this case includes over 14,000 pages and several hours of recorded telephone

STIPULATION REGARDING EXCLUDABLE TIME         1
PERIODS UNDER SPEEDY TRIAL ACT

1 conversations. All of this discovery has been produced directly to counsel.

2   b) Defense counsel desires additional time to review the discovery,
3 conduct research into the case, to discuss the case with her client, and otherwise
4 prepare for trial in this matter.

5   c) Defense counsel filed a motion to suppress on September 27, 2019. On
6 October 18, 2019, the United States filed an opposition. The defendant filed a reply
7 on February 19, 2020. The Court denied the motion February 27, 2020.

8   d) The parties anticipate presenting a plea agreement or setting the
9 matter for trial at the next scheduled status hearing.

10   e) Counsel for defendant believes that failure to grant the above-
11 requested continuance would deny her the reasonable time necessary for effective
12 preparation, taking into account the exercise of due diligence.

13   f) The government does not object to the continuance.

14   g) Based on the above-stated findings, the ends of justice served by
15 continuing the case as requested outweigh the interest of the public and the
16 defendant in a trial within the original date prescribed by the Speedy Trial Act.

17   h) For the purpose of computing time under the Speedy Trial Act, 18
18 U.S.C. § 3161, et seq., within which trial must commence, the time period of
19 November 19, 2020, to January 21, 2021, inclusive, is deemed excludable pursuant
20 to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a
21 continuance granted by the Court at defendant's request on the basis of the Court's
22 finding that the ends of justice served by taking such action outweigh the best
23 interest of the public and the defendant in a speedy trial.

24 ///
25 ///
26 ///
27 ///
28 ///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 17, 2020                     McGREGOR W. SCOTT
                                             United States Attorney

                                             /s/ JUSTIN L. LEE
                                             JUSTIN L. LEE
                                             Assistant United States Attorney


Dated: November 17, 2020                     /s/ SHARI RUSK
                                             SHARI RUSK
                                             Counsel for Defendant
                                             MICHAEL DO

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 17th day of November, 2020.

_____
Troy L. Nunley
United States District Judge