PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DO,<br><br>Defendant. | CASE NO. 2:18-CR-00044-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 25, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on March 25, 2021.

2. By this stipulation, the defendant now moves to continue the status conference to May 13, 2021, at 9:30 a.m., and to exclude time between March 25, 2021, and May 13, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone

1 conversations. All of this discovery has been produced directly to counsel.

2       b) Defense counsel desires additional time to review the discovery,
3 conduct research into the case, to discuss the case with her client, and otherwise
4 prepare for trial in this matter.

5       c) Defense counsel filed a motion to suppress on September 27, 2019. On
6 October 18, 2019, the United States filed an opposition. The defendant filed a reply
7 on February 19, 2020. The Court denied the motion February 27, 2020.

8       d) The parties anticipate presenting a plea agreement or setting the
9 matter for trial at the next scheduled status hearing.

10       e) Counsel for defendant believes that failure to grant the above-
11 requested continuance would deny her the reasonable time necessary for effective
12 preparation, taking into account the exercise of due diligence.

13       f) The government does not object to the continuance.

14       g) Based on the above-stated findings, the ends of justice served by
15 continuing the case as requested outweigh the interest of the public and the
16 defendant in a trial within the original date prescribed by the Speedy Trial Act.

17       h) For the purpose of computing time under the Speedy Trial Act, 18
18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March
19 25, 2021, to May 13, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§
20 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted
21 by the Court at defendant's request on the basis of the Court's finding that the ends
22 of justice served by taking such action outweigh the best interest of the public and
23 the defendant in a speedy trial.

24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 23, 2021							PHILLIP A. TALBERT
								Acting United States Attorney

								/s/ JUSTIN L. LEE
								JUSTIN L. LEE
								Assistant United States Attorney


Dated:  March 23, 2021							/s/ SHARI RUSK
								SHARI RUSK
								Counsel for Defendant
								MICHAEL DO

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 23rd day of March, 2021.

								Troy L. Nunley
								United States District Judge