UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 22, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MICHAEL DO,

    Defendant.

Case No. 2:18-cr-00044-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL DO, Case No. 2:18-cr-00044-TLN, Charge 18 U.S.C. § 3606, from custody for the following reasons:

    ☐ Release on Personal Recognizance

    ☐ Bail Posted in the Sum of $

    ☐ Unsecured Appearance Bond $

    ☐ Appearance Bond with 10% Deposit

    ☐ Appearance Bond with Surety

    ☐ Corporate Surety Bail Bond

    ☒ (Other): Released forthwith with previously imposed terms of supervised release as stated on the record.

Issued at Sacramento, California on December 22, 2025, at 2:15 PM.

By: _/s/ Sean C. Riordan_

Magistrate Judge Sean C. Riordan