SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave
Suite F
Sacramento, CA 95814
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
Michael Do

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:18-CR-00044 TLN |
| | ) |
| Plaintiff, | ) |
| | ) ORDER CONTINUING ADMIT/ DENY |
| | ) HEARING |
| v. | ) |
| | ) Date:   April 30, 2026 |
| MICHAEL DO | ) Time:   9:30 a.m. |
| Defendant. | ) Judge:  Honorable Judge Troy L. Nunley |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

The United States of America through its undersigned counsel, Justin Lee, Assistant United States Attorney, together with counsel for defendant Michael Do, Shari Rusk, Esq., hereby agree to the following:

1.  By previous order, this matter was set for hearing on March 12, 2026

2.  The parties agree to continue the hearing until April 30, 2026, at 9:30 a.m. because these allegations are the subject of an ongoing state court matter that is expected to resolve on April 22, 2026.
.
Dated:  Febuary 26, 2026                    /s/ Shari Rusk_____
                                            SHARI RUSK

1

Attorney for Defendant
Michael Do


ASSISTANT UNITED STATES ATTORNEY

/s/ Justin Lee_____
JUSTIN LEE
Assistant United States Attorney

cc: Paul Mamaril, USPO

**IT IS SO ORDERED.**

DATED: February 27, 2026

_____
Troy L. Nunley
Chief United States District Judge

2