SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave
Suite F
Sacramento, CA 95814
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
Michael Do

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL DO<br>    Defendant. | No. 2:18-cr-00044 TLN<br><br>MEMORANDUM CONTINUING ADMIT/<br>DENY HEARING; ORDER<br><br>Date:   July 9, 2026<br>Time:   9:30 a.m.<br>Judge:  Honorable Judge Troy L. Nunley |

The United States of America through its undersigned counsel, Justin Lee, Assistant United States Attorney, together with counsel for defendant Michael Do, Shari Rusk, Esq., hereby agree to the following:

1.  By previous order, this matter was set for hearing on April 30, 2026

2.  The parties agree to continue the hearing until July 9, 2026, at 9:30 a.m. because these allegations   are the subject of an ongoing state court matter that is expected to resolve on June 24, 2026.

Dated:  April 26, 2026

/s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
Michael Do


ASSISTANT UNITED STATES ATTORNEY

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney

cc: Paul Mamaril, USPO


**ORDER**


DATED: April 27, 2026

Troy L. Nunley
Chief United States District Judge