SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave
Suite F
Sacramento, CA 95814
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
Michael Do

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:18-cr-0044 TLN |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING ADMIT/DENY HEARING |
| | ) |
| | ) Date:   August 20, 2026 |
| MICHAEL DO | ) Time:   9:00 a.m. |
| | ) Judge:  Honorable Judge Troy L. Nunley |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

The United States of America through its undersigned counsel, Justin Lee, Assistant United States Attorney, together with counsel for defendant Michael Do, Shari Rusk, Esq., hereby agree to the following:

1.  By previous order, this matter was set for hearing on July 9, 2026

2.  The parties agree to continue the hearing until August 20, 2026, at 9:30 a.m., because these allegations    are the subject of an ongoing state court matter that is expected to resolve on August 19, 2026.

Dated:  July 6, 2026

/s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
Michael Do


ASSISTANT UNITED STATES ATTORNEY

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney

cc: Paul Mamaril, USPO


**IT IS SO ORDERED.**


DATED: July 6, 2026

Troy L. Nunley
Chief United States District Judge