SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave
Suite F
Sacramento, CA 95814
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
Michael Do

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DO<br>Defendant. | No. 2:18-CR-00044 TLN<br><br>ORDER CONTINUING ADMIT/DENY HEARING<br><br>Date: October 15, 2026<br>Time: 9:00 a.m.<br>Judge: Honorable Judge Troy L. Nunley |

The United States of America through its undersigned counsel, Justin Lee, Assistant United States Attorney, together with counsel for defendant Michael Do, Shari Rusk, Esq., hereby agree to the following:

1. By previous order, this matter was set for hearing on August 20, 2026

2. The parties agree to continue the hearing until October 15, 2026, at 9:30 a.m., because these allegations are the subject of an ongoing state court matter that should resolve prior to this federal court hearing.

Dated: August 17, 2026

/s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
Michael Do

ASSISTANT UNITED STATES ATTORNEY

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney

cc: Paul Mamaril, USPO

**ORDER**

DATED: August 18, 2026

Troy L. Nunley
Chief United States District Judge