SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave
Suite F
Sacramento, CA 95814
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
Michael Do

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DO<br>Defendant. | No. 2:18-cr-00044 TLN<br><br>MEMORANDUM CONTINUING ADMIT/ DENY HEARING<br><br>Date: January 7, 2027<br>Time: 9:00 a.m.<br>Judge: Honorable Judge Troy L. Nunley |

The United States of America through its undersigned counsel, Justin Lee, Assistant United States Attorney, together with counsel for defendant Michael Do, Shari Rusk, Esq., hereby agree to the following:

1. By previous order, this matter was set for hearing on October 15, 2026.

2. The parties agree to continue the hearing until January 7, 2027 because these allegations are the subject of an ongoing state court matter that is expected to resolve by January 7, 2027.

Dated: October 12, 2026

/s/ Shari Rusk
SHARI RUSK

Attorney for Defendant
Michael Do

ASSISTANT UNITED STATES ATTORNEY

/s/ Justin Lee____________________
JUSTIN LEE
Assistant United States Attorney

cc: Paul Mamaril, USPO

**ORDER**

IT IS SO ORDERED.

DATED: October 13, 2026

Troy L. Nunley
Chief United States District Judge